UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12629-RWZ

| | |
|---|---|
| USGEN NEW ENGLAND, INC., a Subsidiary of NATIONAL ENERGY & GAS & GAS TRANSMISSION, INC., f/k/a PG&E NATIONAL ENERGY GROUP, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>BENTLY NEVADA, LLC, f/k/a BENTLY NEVADA CORPORATION, LLC and BENTLY PRESSURIZED BEARING COMPANY, f/k/a BENTLY NEVADA CORPORATION,<br><br>　　　　　　　　Defendants | **DEFENDANTS' CORPORATE DISCLOSURE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, the Defendants, Bently Nevada, LLC, f/k/a Bently Nevada Corporation, LLC ("Bently Nevada") and Bently Pressurized Bearing Company, f/k/a Bently Nevada Corporation ("Bently Pressurized"), respectfully state that Bently Nevada is a limited liability company whose only member is General Electric Company (1 River Rd., Schenectady, New York, NY 12345). The Defendant, Bently Pressurized, is a privately held company.

                                              BENTLY NEVADA, LLC, f/k/a BENTLY
NEVADA CORPORATION, LLC and BENTLY
PRESSURIZED BEARING COMPANY, f/k/a
BENTLY NEVADA CORPORATION,

By their Attorneys,
RIEMER & BRAUNSTEIN LLP

Dated: December 22, 2004

Joseph R. Valle, Jr. - BBO No. 550291
Craig J. Ziady - BBO No. 565216
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12629-RWZ

| | |
|---|---|
| USGEN NEW ENGLAND, INC., a Subsidiary of NATIONAL ENERGY & GAS & GAS TRANSMISSION, INC., f/k/a PG&E NATIONAL ENERGY GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> BENTLY NEVADA, LLC, f/k/a BENTLY NEVADA CORPORATION, LLC and BENTLY PRESSURIZED BEARING COMPANY, f/k/a BENTLY NEVADA CORPORATION, <br><br> Defendants | **CERTIFICATE OF SERVICE** |

I, Craig J. Ziady, hereby certify that on this date, December 22, 2004, I served the foregoing Corporate Disclosure by causing a copy of same to be delivered by first-class mail, postage prepaid, unless otherwise indicated, to:

Brook F. Minx, Esquire
William T. Sebesta, Esquire
Donato, Minx & Brown
3200 Southwest Freeway
Suite 2310
Houston, TX  77027

Kathleen A. Kelley, Esquire (by hand)
Hare & Chaffin
160 Federal Street
Boston, MA  02110

_____
Craig J. Ziady

12581.629.869008.1

3