UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| USGEN NEW ENGLAND, INC., a subsidiary of NATIONAL ENERGY & GAS & GAS TRANSMISSION, INC. f/k/a PG&E NATIONAL ENERGY GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BENTLY NEVADA, LLC f/k/a BENTLY NEVADA CORPORATION, LLC; AND BENTLY PRESSURIZED BEARING COMPANY f/k/a BENTLY NEVADA CORPORATION,<br><br>Defendants. | Civil Action No. 04 CV 12629 RWZ |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR REMAND TO STATE COURT**

Plaintiff, USGEN New England, Inc., a subsidiary of National Energy & Gas and Gas Transmission, Inc., f/k/a PG&E National Energy Group, Inc. ("USGEN"), submits this memorandum in support of its motion for remand of this action to the state court from which it was removed.

**Statement of Relevant Facts**[1]

**Background**

USGEN filed Plaintiff's Original Complaint (the "Complaint") in Essex Superior

---

[1] This Statement of Relevant Facts is based on and supported by the plaintiff's Complaint and the Declaration of Kathleen A. Kelley ("Kelley Dec."), which declaration is attached hereto as Exhibit A.

Court on November 6, 2004. By way of the Complaint, USGEN seeks recovery for damages suffered as a result of defective product and/or services provided by the defendants. The Complaint was served on defendant Bently Pressurized Bearing Company on November 15, 2004, and on defendant Bently Nevada, LLC on November 18, 2004. (Kelley Dec. at ¶ 3.) [2]

**The Removal**

On or about December 17, 2004, a Notice of Removal was entered on the docket of this Court. The date stamp on that Notice of Removal was December 16, 2004. (Kelley Dec. at ¶ 6, Ex. 1.)[3] In those removal papers, the defendants aver that:

1. "there exists complete diversity of citizenship between the Plaintiff and the Defendants." (Notice of Removal at ¶ 5.)

2. "Plaintiff is a foreign corporation organized under the laws of the state of Delaware . . .." (Id. at ¶ 6.)

3. "Bently Nevada LLC, f/k/a Bently Nevada Corporation, LLC [hereinafter "Bently Nevada"] is a foreign limited liability company with a principal place of business at 1631 Bently Parkway South, Minden, Nevada, and authorized to do business in Massachusetts. (Id. at ¶ 7.)

---

[2] The defendants' answers to the Complaint were therefore due to be filed on December 6 and 8, 2004, respectively. On or about December 6, 2004, the undersigned received a telephone call from Joseph Valle, counsel for the defendant(s). Mr. Valle requested an extension to December 27, 2004 to answer the Complaint. On or about December 7, 2004, the undersigned granted Mr. Valle an extension to and including December 22, 2004 to respond to the Complaint. (Kelley Dec. at ¶¶ 4-5.)

[3] The defendants apparently omitted the Category Sheet from the December 15, 2004 filing, which Category Sheet was not filed until the next day. The clerk held the materials submitted on December 15 until he received the Category Sheet. (Kelley Dec. at ¶ 7.)

2

4.      "Bently Pressurized Bearing Company, f/k/a Bently Nevada Corporation, is a foreign corporation organized under the laws of the state of Nevada, and authorized to do business in Massachusetts." (Id. at ¶ 8.)

No member of the limited liability company Bently Nevada id identified. (Id. at ¶ 6.)

On or about December 16, 2004, the defendants mailed a Notice of Filing of Notice of Removal to Essex Superior Court. That Notice was docketed by the Essex Superior Court on December 21, 2004.   (Kelley Dec. at ¶ 8, Ex. 2, 3.)

## II. Argument

### THE REMOVAL IS IMPROPER

**A.     The Standard**

"Because removal raises significant federalism concerns, the removal statutes must be strictly construed." Shamrock Oil and Gas Corp. v. Sheets, 313 U.S. 100, 108-109 (1941). See also 14A C.A. Wright, A.R. Miller, and E. H. Cooper, Federal Practice and Procedure; Jurisdiction 2d, § 3733 (remand of removed case appropriate where federal jurisdiction is not absolutely clear).  Strict construction is particularly important in cases removed on diversity grounds:  The removing party must clearly establish that complete diversity between and among the parties existed at the time of removal. See, e.g., Danca v. Private Health Care Systems, Inc., 185 F.3d 1, 4 (1st Cir. 1999).  If the district court is unable to determine its own subject matter jurisdiction from the papers on file, the case should be remanded to the state court from which it was removed.  See, e.g., id.

A decision to remand an action to state court is generally not appealable. (See, 28 U.S.C. § 1447(c).

**B.    This Case Must Be Remanded**

    **1.    Jurisdiction Is Not Established**

For purposes of diversity jurisdiction, a limited liability company is a citizen of the state or states of which its members are citizens. See, e.g., JMTR Enterprises, LLC v. Duchin, 42 F. Supp. 2d 87, 93 (D. Mass. 1999). It is impossible to determine the citizenship of Bently Nevada from any papers on file in this matter, because nowhere are the members of Bently Nevada -- a limited liability company -- identified. See, e.g., id. (must be able to determine citizenship of all members to determine citizenship of limited liability company). "Defendant[s] must make an affirmative showing of all of the requisite factors of diversity jurisdiction" that do not appear in the pleadings. See 14A C.A. Wright, A.H. Miller, and E.H. Cooper, Federal Practice and Procedure: Jurisdiction 2d, § 3733 at 533 n. 4 (2d ed. 1985) (2001 supp.) (citing Gaitor v. Penninsular & Occidental S.S. Co., 287 F.2d 252 (5th Cir. 1961) (emphasis added). See also Danca, 185 F.3d at 4.

Defendants have attempted to remove this action from the state court forum chosen by the plaintiff without conclusively (or at all) establishing the jurisdiction of this Court to receive the case. On that basis alone, this case should be remanded to Essex Superior Court. See, e.g., Danca, 185 F.3d at 4.

    **2.    In Any Event, Removal Was Untimely**

The required strict construction of the removal statute extends to the consideration of whether the acts required to be done to effect removal were done in a timely fashion. See, e.g., id. Here, the defendants clearly did not complete the actions necessary to remove this case from state court on or before December 15, 2004, as required: (1) The filing of the Notice of Removal

in the federal court was not complete until December 16, 2004, when the defendants filed the Category Sheet with the clerk, and (2) the notice of the removal to the state court was not complete until December 21, 2004, when the clerk in that court received the mailed Notice of Notice of Removal. The removal, therefore, was not effected until December 21, 2004, six days too late. See, e.g., Hyde Park Partners, L.P. v. Connolly, 839 F.2d 837, 841-42 (1st Cir. 1988) (removal not effected until last act required by the statute is completed).

This case should therefore be remanded.

## CONCLUSION

For the foregoing reasons, the instant action should be remanded to Essex Superior Court, the state court from which it was removed.

Dated: January 14, 2005

Respectfully submitted,

USGEN NEW ENGLAND, INC.

s/Kathleen A. Kelley
Kathleen A. Kelley
BBO No. 562342
HARE & CHAFFIN
160 Federal Street
Boston, MA  02110
Tel.  617-330-5000

and

Brook F. Minx
Texas Bar No. 00789905
William T. Sebesta
Texas Bar No. 00784941
DONATO, MINX and BROWN
3200 Southwest Freeway – Ste. 2310
Houston, TX  77027-1112
Tel. 713-877-111

# EXHIBIT A

Case 1:04-cv-12629-RWZ    Document 8    Filed 01/14/2005    Page 6 of 19

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| USGEN NEW ENGLAND, INC., a subsidiary of NATIONAL ENERGY & GAS & GAS TRANSMISSION, INC. f/k/a PG&E NATIONAL ENERGY GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> BENTLY NEVADA, LLC f/k/a BENTLY NEVADA CORPORATION, LLC; AND BENTLY PRESSURIZED BEARING COMPANY f/k/a BENTLY NEVADA CORPORATION, <br><br> Defendants. | Civil Action No. 04 CV 12629 RWZ |

**DECLARATION OF KATHLEEN A. KELLEY IN SUPPORT OF
PLAINTIFF'S MOTION FOR REMAND TO STATE COURT**

I. Kathleen A. Kelley, state, under the penalties of perjury, as follows:

1. I am an attorney, admitted to and in good standing with the bar of the Commonwealth of Massachusetts. I am co-counsel for the plaintiff in this action, USGEN New England, Inc., a subsidiary of National Energy & Gas and Gas Transmission, Inc., f/k/a PG&E National Energy Group, Inc. ("USGEN").

2. The statements contained herein are made upon my personal knowledge, unless otherwise indicated.

3. USGEN filed Plaintiff's Original Complaint (the "Complaint") in Essex Superior Court on November 6, 2004. By way of the Complaint, USGEN seeks recovery for damages

suffered as a result of defective product and/or services provided by the defendants. The Complaint was served on defendant Bently Pressurized Bearing Company on November 15, 2004, and on defendant Bently Nevada, LLC on November 18, 2004.

4. The defendants' answers to the Complaint were therefore due to be filed on December 6 and 8, 2004, respectively. On or about December 6, 2004, I received a telephone call from Joseph Valle, counsel for the defendant(s). (Mr. Valle believed, although he was not then sure, that he would be representing both entities named as defendants in the Complaint.)

5. Mr. Valle requested an extension to December 27, 2004 to answer the Complaint. On or about December 7, 2004, I granted Mr. Valle an extension to and including December 22, 2004 to respond to the Complaint.

6. On or about December 17, 2004, I received, by mail, copies of the removal papers filed by the defendants. The Notice of Removal was stamped as having been filed on December 16, 2004. Attached hereto as Exhibit 1 is a true and correct copy of that stamp.

7. I spoke with the clerk at the federal court on December 17, 2004, and I was told that the defendants had filed papers on December 15, 2004, but they had omitted the necessary Category Sheet. The clerk informed me that he held the filing until December 16, 2004, when the required Category Sheet was filed by the defendants.

8. On or about December 16, 2004, the defendants mailed a Notice of Filing of Notice of Removal to Essex Superior Court. That Notice was docketed by the Essex Superior Court on December 21, 2004. Attached hereto as Exhibit 2 is a true and correct copy of the letter of defendants' counsel to the Essex Superior Court, dated December 16, 2004. Attached hereto

as Exhibit 3 is a true and correct copy of the docket sheet for this state court action, which I retrieved on-line.

SIGNED UNDER THE PENALTIES OF<br>PERJURY THIS 14th DAY OF JANUARY, 2005.

_____
Kathleen A. Kelley

453001.121704

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. _____

| | |
|---|---|
| USGEN NEW ENGLAND, INC., a Subsidiary of NATIONAL ENERGY & GAS & GAS TRANSMISSION, INC., f/k/a PG&E NATIONAL ENERGY GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BENTLY NEVADA, LLC, f/k/a BENTLY NEVADA CORPORATION, LLC and BENTLY PRESSURIZED BEARING COMPANY, f/k/a BENTLY NEVADA CORPORATION,<br><br>Defendants | 04 12629 RWZ<br><br>NOTICE OF REMOVAL<br>RECEIPT # 60871<br>AMOUNT $ 150.00<br>SUMMONS ISSUED N/A<br>LOCAL RULE 4.1 _____<br>WAIVER FORM _____<br>MCF ISSUED _____<br>BY DPTY. CLK. M.P.<br>DATE 12/16/04 |

TO:  THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT    LPC
     FOR THE DISTRICT OF MASSACHUSETTS                    MAGISTRATE JUDGE _____

The Defendants, Bently Nevada, LLC, f/k/a Bently Nevada Corporation, LLC and Bently Pressurized Bearing Company, f/k/a Bently Nevada Corporation (the "Defendants") submit the following Notice of Removal pursuant to Fed. R. Civ. P. 81(c), and state as follows:

I.  **Introduction.**

1.  Plaintiff filed suit against the Defendants in a civil action entitled <u>USGEN New England, Inc. and Gas Transmission, Inc. v. Bently Nevada, LLC, f/k/a Bently Nevada Corporation, LLC and Bently Pressurized Bearing Company, f/k/a Bently Nevada Corporation</u>, Essex Superior Court, Civil Action No. 2004-02042-A (the "State Court Action").

2.  The Defendants hereby remove the State Court Action to the United States District Court for the District of Massachusetts.

# EXHIBIT 2

# RIEMER & BRAUNSTEIN LLP
### COUNSELORS AT LAW

Three Center Plaza · Boston, Massachusetts 02108-2003

(617) 523-9000 · Fax (617) 880-3456

E-Mail firm@riemerlaw.com

Craig J. Ziady
Direct Dial: (617) 880-3442
Writer's Direct Fax: (617) 692-3442
E-Mail: cziady@riemerlaw.com

New York, New York
(212) 302-8880 · Fax (212) 789-3100
Burlington, Massachusetts
(781) 273-2270 · Fax (781) 273-0776

December 16, 2004

Civil Clerk's Office
Essex Superior Court
34 Federal Street
Salem, MA  01970
Attention: Eleni

Re: **USGEN New England, Inc., et al
v. Bently Nevada, LLC, et al
Civil Action No. 2004-02042-A**

Dear Eleni:

Enclosed for filing in the above-captioned matter please find a Notice of Filing of Notice of Removal of this action to the United States District Court for the District of Massachusetts.

As you know, the Federal Court will require certified or attested copies of all records of proceedings in the above-captioned action, along with a certified copy of all docket entries. Accordingly, please also find enclosed a check in the amount of $50.00 for the cost of obtaining such records. Please forward the certified copies to the undersigned at your earliest convenience.

Please feel free to contact the undersigned if you have any questions. Thank you in advance for your courtesy and cooperation.

Very truly yours,

Craig J. Ziady

CJZ/jec
Enclosure
cc:  Kathleen A. Kelley, Esquire
     Brook F. Minx, Esquire
     William T. Sebesta, Esquire

# EXHIBIT 3

# Commonwealth of Massachusetts
# ESSEX SUPERIOR COURT
## Case Summary
## Civil Docket

## USGEN New England Inc v Bently Nevada LLC et al

Details for Docket: ESCV2004-02042

### Case Information
| | | | |
|---|---|---|---|
| **Docket Number:** | ESCV2004-02042 | **Caption:** | USGEN New England Inc v Bently Nevada LLC et al |
| **Filing Date:** | 11/08/2004 | **Case Status:** | Disposed: transferred to other court |
| **Status Date:** | 12/21/2004 | **Session:** | Civil-CtRm 2 -rear (Salem) |
| **Lead Case:** | NA | **Case Type:** | Complex |

### Tracking Deadlines
| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 09/04/2005 |
| **Service Date:** | 02/06/2005 | **Disposition:** | 01/02/2006 |
| **Rule 15:** | 04/07/2005 | **Rule 12/19/20:** | 04/07/2005 |
| **Final PTC:** | 11/03/2005 | **Rule 56:** | 10/04/2005 |
| **Answer Date:** | 04/07/2005 | **Jury Trial:** | YES |

### Case Information
| | | | |
|---|---|---|---|
| **Docket Number:** | ESCV2004-02042 | **Caption:** | USGEN New England Inc v Bently Nevada LLC et al |
| **Filing Date:** | 11/08/2004 | **Case Status:** | Disposed: transferred to other court |
| **Status Date:** | 12/21/2004 | **Session:** | Civil-CtRm 2 -rear (Salem) |
| **Lead Case:** | NA | **Case Type:** | Other negligence/pers injury/pro |

### Tracking Deadlines
| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 09/04/2005 |
| **Service Date:** | 02/06/2005 | **Disposition:** | 01/02/2006 |
| **Rule 15:** | 04/07/2005 | **Rule 12/19/20:** | 04/07/2005 |
| **Final PTC:** | 11/03/2005 | **Rule 56:** | 10/04/2005 |
| **Answer Date:** | 04/07/2005 | **Jury Trial:** | YES |

## Parties Involved

8 Parties Involved in Docket: ESCV2004-02042

| Party Involved: | | Role: | Alias defendant name |
|---|---|---|---|
| Last Name: | Bently Nevada Corporation | First Name: | |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| Party Involved: | | Role: | Alias defendant name |
|---|---|---|---|
| Last Name: | Bently Nevada Corporaton LLC | First Name: | |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| Party Involved: | | Role: | Alias deft name |
|---|---|---|---|
| Last Name: | Bently Nevada Corporation | First Name: | |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| Party Involved: | | Role: | Alias deft name |
|---|---|---|---|
| Last Name: | Bently Nevada Corporaton LLC | First Name: | |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| Party Involved: | | Role: | Alias plaintiff name |
|---|---|---|---|
| Last Name: | PG&E National Energy Group Inc | First Name: | |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Bently Nevada LLC | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Bently Pressurized Bearing Company | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | USGEN New England Inc | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

# Attorneys Involved

3 Attorneys Involved for Docket: ESCV2004-02042

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | HARE01 |
| **Last Name:** | Kelley | **First Name:** | Kathleen A |
| **Address:** | 160 Federal Street | **Address:** | 23rd floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1832 |
| **Telephone:** | 617-330-5000 | **Tel Ext:** | |
| **Fascimile:** | 617-330-1996 | **Representing:** | |
| **Attorney** | | **Firm Name:** | RIEM01 |

| | | | |
|---|---|---|---|
| **Involved:** | | | |
| **Last Name:** | Valle Jr | **First Name:** | Joseph R |
| **Address:** | 3 Center Plaza | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02108 | **Zip Ext:** | 2003 |
| **Telephone:** | 617-523-9000 | **Tel Ext:** | 3429 |
| **Fascimile:** | 617-880-3456 | **Representing:** | |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | RIEM01 |
| **Last Name:** | Valle Jr | **First Name:** | Joseph R |
| **Address:** | 3 Center Plaza | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02108 | **Zip Ext:** | 2003 |
| **Telephone:** | 617-523-9000 | **Tel Ext:** | 3429 |
| **Fascimile:** | 617-880-3456 | **Representing:** | |

## Calendar Events

No Calendar Events found for Docket: ESCV2004-02042.

There are currently no calendar events associated with this case.

## Full Docket Entries

28 Docket Entries for Docket: ESCV2004-02042

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 11/08/2004 | 1 | Complaint & civil action cover sheet filed |
| 11/08/2004 | | Origin 1, Type B04, Track F. |
| 11/08/2004 | 2 | Plaintiff USGEN New England Inc's MOTION for appointment of special |
| 11/08/2004 | 2 | process server Applebaum & Applebaum, Constables |
| 11/08/2004 | | MOTION (P#2) ALLOWED (Richard Welch, III, Justice) Notices mailed |
| 11/08/2004 | | November 08, 2004 |
| 11/22/2004 | 3 | SERVICE RETURNED: Bently Pressurized Bearing Company(Defendant) |
| 11/22/2004 | 3 | service on 11/15/2004 by In hand to: Allison Liberto, service |
| 11/22/2004 | 3 | process person in chare at time of service Filed 11/22/2004 |
| 11/22/2004 | 4 | SERVICE RETURNED: Bently Nevada LLC(Defendant) service made on |
| 11/22/2004 | 4 | 11/18/2004 by In hand to: Stephen Sperchelozzi, Research Precision |

| Date | Doc# | Description |
|---|---|---|
| 11/22/2004 | 4 | Corporation Svs registered agent person in charge at time of |
| 11/22/2004 | 4 | service. Filed 11/22/2004 |
| 11/29/2004 | 5 | Plaintiff USGEN New England Inc's MOTION to admit William T. Sebesta |
| 11/29/2004 | 5 | and Brook F. Minx as counsel Pro Hac Vice for USGEN New England Inc, |
| 11/29/2004 | 5 | declaration of William T. Sebesta in support motion for admission Pro |
| 11/29/2004 | 5 | Hac Vice, declaration of Brook F. Minzzx in support motion for |
| 11/29/2004 | 5 | admission Pro Hac Vice. filed 11/24/04 |
| 12/01/2004 |  | MOTION (P#5) DENIED for failure to comply with rule 9A. (Richard |
| 12/01/2004 |  | Welch, III, Justice) Notices mailed December 01, 2004 |
| 12/02/2004 |  | Case selected for review pursuant to ST.1996.c358,s.5 |
| 12/02/2004 |  | One Trial case upon review of judge, the case remains in Superior |
| 12/02/2004 |  | Court. (Richard Welch, III, Justice) |
| 12/21/2004 |  | Case REMOVED this date to US District Court of Massachusetts filed |
| 12/21/2004 |  | 12/17/04 |
| 12/21/2004 | 6 | Notice for Removal to the United States District Court filed by |
| 12/21/2004 | 6 | Bently Nevada LLC, Bently Pressurized Bearing Company filed 12/17/04 |
| 12/21/2004 | 6 | docket #04-12629 RWZ |