UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12629-RWZ

| | |
|---|---|
| USGEN NEW ENGLAND, INC., a Subsidiary of NATIONAL ENERGY & GAS & GAS TRANSMISSION, INC., f/k/a PG&E NATIONAL ENERGY GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> BENTLY NEVADA, LLC, f/k/a BENTLY NEVADA CORPORATION, LLC and BENTLY PRESSURIZED BEARING COMPANY, f/k/a BENTLY NEVADA CORPORATION, <br><br> Defendants | **AFFIDAVIT OF COUNSEL** |

I, Craig J. Ziady, being duly sworn, do hereby depose and state as follows:

1.      I am an attorney duly admitted to practice law before the Courts of the Commonwealth of Massachusetts. I am a partner with the law firm of Riemer & Braunstein LLP (the "Law Firm"), and have been providing services in connection with the Law Firm's representation of the Defendants, Bently Nevada, LLC and Bently Pressurized Bearing Company, in the above-captioned action.

2.      I make this Affidavit based upon personal knowledge and upon the books and records of the Law Firm, which books and records are kept in and as part of the usual course of business.

3.      On December 15, 2004, I filed a Notice of Removal, along with its exhibits, a Civil Action Cover Sheet, a List of All Counsel of Record, the filing fee and a Certificate of

Service, by dispatching a paralegal from the Law Firm to hand deliver same to the Clerk of this Court.

5.    These materials were accepted for filing and time-stamped on the date of filing, December 15, 2004. True and accurate copies of the time-stamped evidence of filing are annexed hereto as Exhibit "A".

6.    The official docket of the above-captioned case confirms that the filing of the Notice of Removal and related documents occurred on December 15, 2004. A true and accurate copy of the official docket is annexed hereto as Exhibit "B".

7.    I became aware on December 16, 2004 that the one-page Civil Category Sheet was not included in the package of materials filed on December 15, 2004. I immediately provided a copy of same by telecopier to the Clerk's Office that morning.

8.    On December 16, 2004, I also filed a Notice of Filing of Notice of Removal to Essex County Superior Court by mailing same, postage prepaid, to the Essex County Superior Court Clerk's Office, along with a check in the amount of $50.00 for obtaining certified copies of docket entries in accordance with Local Rule 81.1.

Signed and sworn under the pains and penalties of perjury this 28th day of January, 2005.

Craig J. Ziady, BBO No. 565216
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

12581.629.873696.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS

2004 DEC 15  P 4: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO. _____

**04   12629 RWZ**

| | |
|---|---|
| USGEN NEW ENGLAND, INC., a<br>Subsidiary of NATIONAL ENERGY &<br>GAS & GAS TRANSMISSION, INC.,<br>f/k/a PG&E NATIONAL ENERGY<br>GROUP, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>BENTLY NEVADA, LLC, f/k/a BENTLY<br>NEVADA CORPORATION, LLC and<br>BENTLY PRESSURIZED BEARING<br>COMPANY, f/k/a BENTLY NEVADA<br>CORPORATION,<br><br>            Defendants | |

**NOTICE OF REMOVAL**

**TO:  THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

The Defendants, Bently Nevada, LLC, f/k/a Bently Nevada Corporation, LLC and Bently

Pressurized Bearing Company, f/k/a Bently Nevada Corporation (the "Defendants") submit the

following Notice of Removal pursuant to Fed. R. Civ. P. 81(c), and state as follows:

**I.    Introduction.**

1.      Plaintiff filed suit against the Defendants in a civil action entitled USGEN New

England, Inc. and Gas Transmission, Inc. v. Bently Nevada, LLC, f/k/a Bently Nevada

Corporation, LLC and Bently Pressurized Bearing Company, f/k/a Bently Nevada Corporation,

Essex Superior Court, Civil Action No. 2004-02042-A (the "State Court Action").

2.      The Defendants hereby remove the State Court Action to the United States

District Court for the District of Massachusetts.

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

USGEN New England, Inc., a Subsidiary of National Energy & Gas & Gas Transmission, Inc., f/k/a PG&E National Energy Group, Inc.

**DEFENDANTS**

Bently Nevada, LLC, f/k/a Bently Nevada Corporation, LLC; and Bently Pressurized Bearing Company f/k/a Bently Nevada Corporation

**04  12629 RWZ**

(b) County of Residence of First Listed Plaintiff     Delaware
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Douglas County, Nevada
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Kathleen A. Kelley
Hare & Chaffin
160 Federal St., Boston, MA 02110
(617) 330-5000

Attorneys (If Known)
Joseph R. Valle, Jr./Craig J. Ziady
Riemer & Braunstein LLP
Three Center Plaza, Boston, MA 02108
(617) 523-9000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question
(U.S. Government Not a Party)

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 362 Personal Injury | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability    ☐ 365 Personal Injury | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &    Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of | Slander    ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability    Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine    **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product    ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability    ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle    ☒ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle    Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability    ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury    Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405 (g)) | ☐ 893 Environmental Matters |
| | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting    ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment    Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/    **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff | Determination Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations    ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare    ☐ 535 Death Penalty | | ☐ 871 IRS — Third Party | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights    ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | State Statutes |
| |    ☐ 550 Civil Rights | Security Act | | ☐ 890 Other Statutory Actions |
| |    ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Defendants seek to remove this case to United States District Court for the District of Massachusetts under 28 U.S.C. Sections 1332 and 1441

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE

DOCKET NUMBER

DATE
December 15, 2004

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

# RIEMER & BRAUNSTEIN LLP

### COUNSELORS AT LAW

Three Center Plaza · Boston, Massachusetts 02108-2003
(617) 523-9000 · Fax (617) 880-3456
E-Mail firm@riemerlaw.com

New York, New York
(212) 302-8880 · Fax (212) 789-3100
Burlington, Massachusetts
(781) 273-2270 · Fax (781) 273-0776

Craig J. Ziady
Direct Dial: (617) 880-3442
Writer's Direct Fax: (617) 692-3442
E-Mail: cziady@riemerlaw.com

December 15, 2004

## BY HAND

Civil Clerk
United States District Court
One Courthouse Way
Boston, MA  02110

      *Re:*    *USGEN New England, Inc., et al v. Bently Nevada, LLC, et al*
            *Essex Superior Court - Civil Action No. 2004-02042-A*
            *Notice of Removal*

Dear Sir/Madam:

      Enclosed please find a Notice of Removal of the above-captioned Massachusetts Superior Court matter to the United States District Court, and a check in the amount of $150.00 representing the filing fee for same.

      Kindly file and docket same in your usual manner and acknowledge receipt and docketing by providing a certified copy of the Notice and returning it to me via the messenger, who has been instructed to wait.

      Please feel free to contact the undersigned if you have any questions.  Thank you in advance for your usual courtesy and cooperation.

Very truly yours,

Craig J. Ziady

CJZ/jec
Enclosure
cc:    Kathleen A. Kelley, Esquire
       Brook F. Minx, Esquire
       William T. Sebesta, Esquire

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12629-RWZ

USGen New England, Inc., et al v. Bently Nevada, LLC et al
Assigned to: Judge Rya W. Zobel
Case in other court: Essex Superior Court, 04-02024-A
Cause: 28:1332 Diversity-Property Damage

Date Filed: 12/15/2004
Jury Demand: Defendant
Nature of Suit: 380 Personal Property:
Other
Jurisdiction: Diversity

**Plaintiff**

**USGen New England, Inc.,**                 represented by **Kathleen A. Kelley**
Hare & Chaffin
160 Federal Street
Boston, MA 02110-1701
617-330-5000
Email: kkelley@hare-chaffin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**National Energy & Gas & Gas**           represented by **Kathleen A. Kelley**
**Transmission, Inc.**                                   (See above for address)
*formerly known as*                                     *LEAD ATTORNEY*
PG&E National Energy Group                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bently Nevada, LLC**                         represented by **Craig J. Ziady**
*formerly known as*                                     Riemer & Braunstein LLP
Bently Nevada Corporation, LLC             Three Center Plaza
Boston, MA 02108
617-523-9000
Fax: 617-880-3456
Email: cziady@riemerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph R. Valle, Jr.**
Riemer & Braunstein LLP
3 Center Plaza
6th Floor
Boston, MA 02108
617-880-3429
Fax: 617-880-3456
Email: JVALLE@RIEMERLAW.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Bently Pressurized Bearing Company**        represented by    **Craig J. Ziady**
                                                                (See above for address)
*formerly known as*                                             *LEAD ATTORNEY*
Bently Nevada Corporation                                       *ATTORNEY TO BE NOTICED*

                                                                **Joseph R. Valle, Jr.**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2004 | 1 | NOTICE OF REMOVAL by Bently Nevada, LLC, Bently Pressurized Bearing Company from Essex Superior Court, case number 2004-02042-A. $ 150, receipt number 60871, filed by Bently Nevada, LLC, Bently Pressurized Bearing Company.(Johnson, Jay) Additional attachment(s) added on 12/17/2004 (Johnson, Jay). (Entered: 12/17/2004) |
| 12/15/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Johnson, Jay) (Entered: 12/17/2004) |
| 12/22/2004 | 2 | ANSWER to Complaint with Jury Demand by Bently Nevada, LLC. (Johnson, Jay) (Entered: 12/28/2004) |
| 12/22/2004 | 3 | ANSWER to Complaint with Jury Demand by Bently Pressurized Bearing Company.(Johnson, Jay) (Entered: 12/28/2004) |
| 12/22/2004 | 4 | CORPORATE DISCLOSURE STATEMENT by Bently Nevada, LLC, Bently Pressurized Bearing Company. (Johnson, Jay) (Entered: 12/28/2004) |
| 01/04/2005 | 5 | STATE COURT Record. (Johnson, Jay) (Entered: 01/05/2005) |
| 01/13/2005 | 6 | NOTICE of Scheduling Conference Scheduling Conference set for 2/10/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 01/13/2005) |
| 01/14/2005 | 7 | MOTION to Remand to State Court by USGen New England, Inc.,. (Kelley, Kathleen) (Entered: 01/14/2005) |
| 01/14/2005 | 8 | MEMORANDUM in Support re 7 MOTION to Remand to State Court filed by USGen New England, Inc.,. (Kelley, Kathleen) (Entered: 01/14/2005) |

## PACER Service Center

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12629-RWZ

USGEN NEW ENGLAND, INC., a
Subsidiary of NATIONAL ENERGY &
GAS & GAS TRANSMISSION, INC.,
f/k/a PG&E NATIONAL ENERGY
GROUP, INC.,

         Plaintiff,

v.

BENTLY NEVADA, LLC, f/k/a BENTLY
NEVADA CORPORATION, LLC and
BENTLY PRESSURIZED BEARING
COMPANY, f/k/a BENTLY NEVADA
CORPORATION,

         Defendants

## CERTIFICATE OF SERVICE

I, Craig J. Ziady, hereby certify that on this date, January 2̇6̇, 2005, I served the foregoing

Opposition, along with its accompanying Affidavits of Counsel, of Brian C. Palmer, and of

Jeffrey Jarboe, by causing copies of same to be delivered by first-class mail, postage prepaid,

unless otherwise indicated, to:

Kathleen A. Kelley, Esquire (by hand)
Hare & Chaffin
160 Federal Street
Boston, MA  02110

Craig J. Ziady

12581.629.873061.1

10