UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| USGEN NEW ENGLAND, INC., a subsidiary of NATIONAL ENERGY & GAS & GAS TRANSMISSION, INC. f/k/a PG&E NATIONAL ENERGY GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BENTLY NEVADA, LLC f/k/a BENTLY NEVADA CORPORATION, LLC; AND BENTLY PRESSURIZED BEARING COMPANY f/k/a BENTLY NEVADA CORPORATION,<br><br>Defendants. | Civil Action No. 04 CV 12629 RWZ |

JOINT STATEMENT PURSUANT TO
EXPENSE AND DELAY REDUCTION PLAN

The parties have conferred as required by Fed. R. Civ. P. 26(f), and they propose the following discovery plan, pursuant to Rule 26(f) and Rule 16.1(D) of the Local Rules and this Court's January 13, 2005 Notice of Scheduling Conference:

I. Introduction

USGEN New England, Inc. ("USGEN") filed Plaintiff's Original Complaint (the "Complaint") in Essex Superior Court on November 6, 2004. By way of the complaint, USGEN seeks recovery for damages suffered as a result of defective services provided by the defendants. The Defendants maintain that Bently Nevada LLC (the "LLC") has been misjoined as a party; that the parts and services provided by Bently Pressurized Bearing Co., f/k/a Bently Nevada

1

Corporation ("Bently Nevada") were not defective; and that in any event, USGEN is not entitled to consequential damages, which are prohibited by contract. The Defendants removed the State Court Action to this Court in December 2004. USGEN has filed a motion to remand this action to state court, which the Defendants opposed.

II.  Agenda for Scheduling Conference

    A. Discuss Motion for Remand/Misjoinder of the defendant LLC;

    B. Discuss discovery schedule and pretrial motions;

    C. Discuss mediation and settlement; and

    D. Discuss timing for pretrial memoranda.

III.  Pretrial Schedule

The parties agree to the Discovery Event Limitations set forth in Local Rule 26.1(C), and further agree to the following discovery schedule:

    A.

| Discovery Events | Time for Completion |
|---|---|
| Initial Disclosures served | March 14, 2005 |
| All fact discovery completed | September 16, 2005 |
| All expert discovery completed | December 30, 2005 |

    B. Pretrial Motions

| | |
|---|---|
| Motions for summary judgment and/or other dispositive motions filed and served | February 17, 2006 |
| Final hearing on motion(s) | On or after April 1, 2006 |

    C. Final Pretrial Conference and Trial Dates

| | |
|---|---|
| Final Pretrial Conference | On or after May 1, 2006 |
| Trial date | On or after June 1, 2006 |

IV.  Other Matters

    A.  The parties are open to the possibility of submitting this action to alternative dispute resolution, including mediation.

    B.  The parties do not consent to trial by a Magistrate Judge.

    C.  Certifications, pursuant to Local Rule 16.1(D)(3), signed by counsel and by authorized representatives of each party, will be submitted separately to the Court.

Dated: February 4, 2005.

                                                      Respectfully submitted,

| | |
|---|---|
| BENTLY NEVADA, LLC and<br>BENTLY PRESSURIZED BEARING CO., | USGEN NEW ENGLAND, INC., |
| By their attorneys, | By its attorney |
| s/Craig J. Ziady<br>Joseph R. Valle, Jr.<br>BBO No. 550291<br>Craig J. Ziady<br>BBO No. 565216<br>RIEMER & BRAUNSTEIN LLP<br>Three Center Plaza<br>Boston, MA 02108<br>Tel. 617-523-9000 | s/Kathleen A. Kelley<br>Kathleen A. Kelley<br>BBO No. 562342<br>HARE & CHAFFIN<br>160 Federal Street<br>Boston, MA 02110<br>Tel. 617-330-5000<br><br>and<br><br>Brook F. Minx<br>Texas Bar No. 00789905<br>William T. Sebesta<br>Texas Bar No. 00784941<br>DONATO, MINX and BROWN<br>3200 Southwest Freeway – Ste. 2310<br>Houston, TX 77027-1112<br>Tel. 713-877-1112<br>Fax. 713-877 1138 |

453001.012805