UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| USGEN NEW ENGLAND, INC., a subsidiary of NATIONAL ENERGY & GAS TRANSMISSION, INC. f/k/a PG&E NATIONAL ENERGY GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BENTLY NEVADA, LLC f/k/a BENTLY NEVADA CORPORATION, LLC; AND BENTLY PRESSURIZED BEARING COMPANY f/k/a BENTLY NEVADA CORPORATION,<br><br>Defendants. | Civil Action No. 04 CV 12629 RWZ |

USGEN NEW ENGLAND, INC.'S CORPORATE
DISCLOSURE PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3, plaintiff makes the following disclosure:

National Energy & Gas Transmission, Inc. is the parent company of USGEN New England, Inc.

Dated: March 3, 2005

Respectfully submitted,

USGEN NEW ENGLAND, INC.,

By its attorneys,

*s/Kathleen A. Kelley*
Kathleen A. Kelley
BBO No. 562342
HARE & CHAFFIN
160 Federal Street, 23rd Fl.
Boston, MA 02110
617-330-5000

       -and-

Brook F. Minx
Texas Bar No. 00789905
William T. Sebesta
Texas Bar No. 00784941
DONATO, MINX and BROWN
3200 Southwest Freeway – Ste. 2310
Houston, TX  77027-1112
Tel. 713-877-1112

453001.020405