UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -7  P 4: 00

U.S. DISTRICT COURT
DISTRICT OF MASS

USGEN NEW ENGLAND, INC., a subsidiary )
of NATIONAL ENERGY & GAS & GAS )
TRANSMISSION, INC. f/k/a PG&E )
NATIONAL ENERGY GROUP, INC., )
)
Plaintiff, )
)
v. ) Civil Action No. 04 CV 12629 RWZ
)
BENTLY NEVADA, LLC f/k/a BENTLY )
NEVADA CORPORATION, LLC; AND )
BENTLY PRESSURIZED BEARING )
COMPANY f/k/a BENTLY NEVADA )
CORPORATION, )
)
Defendants. )

## CERTIFICATION OF PLAINTIFF

We, the undersigned, Kathleen A. Kelley, Esq., counsel for Plaintiff, USGEN New England, Inc., a subsidiary of National Energy & Gas & Gas Transmission, Inc. f/k/a PG&E National Energy Group, Inc. ("USGEN"), and the undersigned authorized representative of USGEN and its insurer with respect to their claim against the defendants, hereby affirm that we have conferred regarding the budget for the cost of conducting the full course - and various alternative courses, including mediation - for the instant litigation, and have considered

the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: March 2, 2005

Respectfully submitted,

USGEN NEW ENGLAND, INC., a subsidiary of NATIONAL ENERGY & GAS & GAS TRANSMISSION, INC., f/k/a PG&E NATIONAL ENERGY GROUP, INC.,

_____
Brook F. Minx
DONATO, MINX and BROWN
3200 Southwest Freeway – Ste. 2310
Houston, TX 77027-1112

_____
Kathleen A. Kelley
BBO# 562342
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2005, a true and correct copy of the foregoing document was served by delivery in hand to the counsel of record.

_____
Kathleen A. Kelley

453001.012605