UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12629-RWZ

USGEN NEW ENGLAND, INC., a §
Subsidiary of NATIONAL ENERGY & §
GAS & GAS TRANSMISSION INC., §
f/k/a PG&E NATIONAL ENERGY §
GROUP, INC. §
       Plaintiff §
 §
 §
v. § PLAINTIFF'S CORPORATE
 § DISCLOSURE
BENTLY NEVADA, LLC., f/k/a §
BENTLY NEVADA CORPORATION, §
LLC and BENTLY PRESSURIZED §
BEARING COMPANY, f/k/a BENTLY §
NEVADA CORPORATION §
 §
       Defendants §

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, the Plaintiff respectfully states that USGen New England, Inc. is wholly owned by NEGT Energy Company, LLC, which is wholly owned by National Energy Holdings Corporation, which is wholly owned by National Energy & Gas Transmission, Inc., a publicly traded company.

Respectfully submitted,
USGEN NEW ENGLAND, INC.

By its attorney


Kathleen A. Kelley
BBO No. 562342
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110

And

_____
Brook F. Minx
TBN 00789905
William T. Sebesta
TBN 00784941
DONATO, MINX & BROWN, P.C.
3200 Southwest Freeway, Suite 2310
Houston, TX 77027
(713) 877-1112
FAX # (713) 877-1138
Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested and/or hand delivery and /or facsimile on March ___11___, 2005.