UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 21  P 2: 26

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| USGEN NEW ENGLAND, INC., a Subsidiary of NATIONAL ENERGY & GAS & GAS TRANSMISSION, INC., f/k/a PG&E NATIONAL ENERGY GROUP, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>BENTLY NEVADA, LLC, f/k/a BENTLY NEVADA CORPORATION, LLC and BENTLY PRESSURIZED BEARING COMPANY, f/k/a BENTLY NEVADA CORPORATION,<br><br>            Defendants | Civil Action No. 04-12629-RWZ |

## **DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION**

The Defendants, Bently Nevada, LLC, f/k/a Bently Nevada Corporation, LLC, and Bently Pressurized Bearing Company, f/k/a Bently Nevada Corporation, and their counsel, hereby certify that they have conferred (a) with a view to establishing a budget for the cost of conducting a full course and various alternative courses of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| BENTLY NEVADA, LLC f/k/a BENTLY NEVADA CORPORATION, LLC; and BENTLY PRESSURIZED BEARING COMPANY f/k/a BENTLY NEVADA CORPORATION,<br>By their authorized representative<br><br>_/s/ Mark McLoughlin_<br>Mark McLoughlin<br>Chubb Group of Insurance Companies<br>One Financial Center, 7th Floor<br>Boston, Massachusetts 02111-2697 | BENTLY NEVADA, LLC, f/k/a BENTLY NEVADA CORPORATION, LLC and BENTLY PRESSURIZED BEARING COMPANY, f/k/a BENTLY NEVADA CORPORATION,<br>By their Attorneys,<br><br>_/s/ Craig J. Ziady_<br>Craig J. Ziady, BBO No. 565216<br>RIEMER & BRAUNSTEIN LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(617) 523-9000 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12629-RWZ

| | |
|---|---|
| USGEN NEW ENGLAND, INC., a Subsidiary of NATIONAL ENERGY & GAS & GAS TRANSMISSION, INC., f/k/a PG&E NATIONAL ENERGY GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BENTLY NEVADA, LLC, f/k/a BENTLY NEVADA CORPORATION, LLC and BENTLY PRESSURIZED BEARING COMPANY, f/k/a BENTLY NEVADA CORPORATION,<br><br>Defendants | **CERTIFICATE OF SERVICE** |

I, Craig J. Ziady, hereby certify that on this date, March 18, 2005, I served the foregoing Local 16.1(D)(3) Certification, by causing copies of same to be delivered by first-class mail, postage prepaid, unless otherwise indicated, to:

Kathleen A. Kelley, Esquire
Hare & Chaffin
160 Federal Street
Boston, MA  02110

William T. Sebesta, Esq.
Donato, Minx and Brown, P.C.
Southwest Freeway
Ste. 2310
Houston, TX 77027-1112

_____
Craig J. Ziady

874719.1

2