UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| USGEN NEW ENGLAND, INC., a Subsidiary of NATIONAL ENERGY & GAS TRANSMISSION INC., f/k/a PG&E NATIONAL ENERGY GROUP, INC.<br><br>Plaintiff<br><br>v.<br><br>BENTLY NEVADA, LLC., f/k/a BENTLY NEVADA CORPORATION, LLC and BENTLY PRESSURIZED BEARING COMPANY, f/k/a BENTLY NEVADA CORPORATION<br><br>Defendants | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 04-12629-RWZ |

PLAINTIFF'S MOTION & NOTICE OF
MOTION FOR LEAVE TO FILE AMENDED PLEADING

1.   Plaintiff moves for an order granting leave to file its First Amended Complaint.

2.   The grounds for this motion are based on the pleadings and papers on file in this action and the attached memorandum of arguments.

3.   Pursuant to Local Rule 7.1, Plaintiff's Motion will be submitted to the judge and decided on the papers submitted after an opposition to the motion has been filed, or, if no opposition is filed, after the time for filing an opposition has elapsed.

Respectfully submitted,

USGEN NEW ENGLAND, INC.

_____
Kathleen A. Kelley
BBO No. 562342
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
Tel. 617-330-5000

And

Brook F. Minx
Texas Bar No. 00789905
William T. Sebesta
Texas Bar No. 00784941
DONATO, MINX and BROWN
3200 Southwest Freeway – Ste. 2300
Houston, TX 77027-1112
Tel. 713-877-1112
Fax. 713-877-1138
ATTORNEYS FOR PLAINTIFFS


ATTORNEYS FOR PLAINTIFFS


CERTIFICATE OF CONFERENCE

I certify that I spoke with opposing counsel, Craig Ziady, on March 18, 2005, prior to filing this motion and he informed me that his client does not asset to this motion.

_____
WILLIAM T. SEBESTA

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record by certified mail, return receipt requested, hand delivery, and/or fax, on this the 18TH day of March, 2005.

_____
WILLIAM T. SEBESTA