UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| USGEN NEW ENGLAND, a subsidiary of NATIONAL ENERGY & GAS & GAS TRANSMISSION, INC., f/k/a PG&E NATIONAL ENERGY GROUP, INC,<br><br>Plaintiff<br><br>v.<br><br>BENTLY NEVADA, LLC, f/k/a BENTLY NEVADA CORPORATION, LLC; and BENTLY PRESSURIZED BEARING COMPANY f/k/a BENTLY NEVADA CORPORATION,<br><br>Defendants | Civil Action No. 04CV 12629 RWZ |

## STIPULATION OF DISMISSAL

The Plaintiff, USGen New England, Inc. and the Defendants, Bently Nevada, LLC, f/k/a Bently Nevada Corporation, LLC (the "LLC") and Bently Pressurized Bearing Company, f/k/a Bently Nevada Corporation ("Bently Nevada"), hereby stipulate and agree that all claims against the LLC be hereby dismissed with prejudice and without costs. By this Stipulation, the Plaintiff does not release and expressly reserves all claims set forth in the Complaint against Bently Nevada. The parties hereto waive all rights of appeal herefrom.

| | |
|---|---|
| USGEN NEW ENGLAND, a subsidiary of NATIONAL ENERGY & GAS & GAS TRANSMISSION, INC., f/k/a PG&E NATIONAL ENERGY GROUP, INC., | BENTLY NEVADA, LLC, f/k/a BENTLY NEVADA CORPORATION, LLC; and BENTLY PRESSURIZED BEARING COMPANY f/k/a BENTLY NEVADA CORPORATION, |
| By its Attorneys,<br>DONATO, MINX & BROWN, P.C.<br><br>/s/ William T. Sebesta (w/ permission)<br>William T. Sebesta<br>Texas Bar No. 00784941<br>Donato, Minx & Brown, P.C.<br>3200 Southwest Freeway – Ste. 2310<br>Houston, TX 77027-1112 | By their Attorneys,<br>RIEMER & BRAUNSTEIN LLP<br><br>/s/<br>Joseph R. Valle, Jr. (BBO #550291)<br>Craig J. Ziady (BBO #565216)<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(617) 523-9000 |

59553.1.874480.1