**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 04-12629-RWZ

| | |
|---|---|
| USGEN NEW ENGLAND, INC., a Subsidiary of NATIONAL ENERGY & GAS & GAS TRANSMISSION, INC., f/k/a PG&E NATIONAL ENERGY GROUP, INC., <br><br>                Plaintiff, <br><br> v. <br><br> BENTLY PRESSURIZED BEARING COMPANY, f/k/a BENTLY NEVADA CORPORATION, <br><br>                Defendant | **ASSENTED TO MOTION TO EXTEND DISCOVERY DEADLINES** |

The above-captioned parties, USGen New England, Inc., a subsidiary of National Energy & Gas Transmission, Inc., f/k/a PG&E National Energy Group, Inc. ("USGen") and Bently Pressurized Bearing Company, f/k/a Bently Nevada Corporation ("Bently") hereby move this court to extend the fact and expert discovery deadlines in this matter. The current Scheduling Order calls for the conclusion of fact discovery by September 16, 2005, and for conclusion of expert discovery by December 30, 2005. Due to conflicts in the schedules of the parties; the disparate locations of the parties, their counsel and related third party witnesses to whom deposition subpoenas have been issued; and the fact that some of the witnesses no longer work for the parties, the parties respectfully request that the fact and expert discovery deadlines be extended, respectively, to November 18, 2005 and January 11, 2006. Counsel for both parties have cooperated with each other and, out of professional courtesy, would like to extend these deadlines so as not to unfairly inconvenience or compromise each other's ability to develop his case. The parties do not require and are not seeking a continuance of the Status Conference

currently scheduled for January 12, 2006, or an extension of the Summary Judgment deadline of

February 17, 2006.

WHEREFORE, the parties in this matter move the court to extend the discovery

deadlines as set forth above to November 18, 2005 (for fact discovery), and January 11, 2006

(for expert discovery).

| | |
|---|---|
| USGEN NEW ENGLAND, INC., a subsidiary of NATIONAL ENERGY & GAS TRANSMISSION, INC., f/k/a PG&E NATIONAL ENERGY GROUP, INC., | BENTLY PRESSURIZED BEARING COMPANY, f/k/a BENTLY NEVADA CORPORATION, |
| By its Attorneys, DONATO, MINX & BROWN | By its Attorneys, RIEMER & BRAUNSTEIN LLP |
| /s/ William T. Sebesta<br>Brook F. Minx<br>Texas Bar No. 00789905<br>William T. Sebesta<br>Texas Bar No. 00784941<br>Donato, Minx & Brown<br>3200 Southwest Freeway - Suite 2300<br>Houston, TX  77027-1112<br>(713) 877-1112 | /s/ Craig J. Ziady<br>Craig J. Ziady<br>BBO No. 565216<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, Massachusetts 02108<br>(617) 523-9000 |
| /s/ Kathleen A. Kelley<br>Kathleen A. Kelley<br>BBO No. 562342<br>Hare & Chaffin<br>160 Federal Street<br>Boston, MA  02110<br>(617) 330-5000 | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email transmission this 1st day of September, 2005 to counsel for the defendants.

/s/ Kathleen A. Kelley
Kathleen A. Kelley