UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12629-RWZ

| | |
|---|---|
| USGEN NEW ENGLAND, INC., a Subsidiary of NATIONAL ENERGY & GAS & GAS TRANSMISSION, INC., f/k/a PG&E NATIONAL ENERGY GROUP, INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BENTLY PRESSURIZED BEARING COMPANY, f/k/a BENTLY NEVADA CORPORATION,<br><br>　　　　　　　Defendant | **STIPULATION OF DISMISSAL** |

　　　The Plaintiff, USGen New England, Inc. and the Defendants, Bently Nevada, LLC, f/k/a Bently Nevada Corporation, LLC (the "LLC") and Bently Pressurized Bearing Company, f/k/a Bently Nevada Corporation ("Bently Nevada"), hereby stipulate and agree that all claims against the Defendants be hereby dismissed with prejudice and without costs. The parties hereto waive all rights of appeal herefrom.

| | |
|---|---|
| USGEN NEW ENGLAND, INC., a subsidiary of NATIONAL ENERGY & GAS TRANSMISSION, INC., f/k/a PG&E NATIONAL ENERGY GROUP, INC.,<br><br>By its Attorneys,<br>DONATO, MINX & BROWN<br><br>　*/s/ William T. Sebesta*　<br>William T. Sebesta, Esquire<br>Texas Bar No. 00789905<br>Donato, Minx & Brown<br>3200 Southwest Freeway - Suite 2300<br>Houston, TX  77027-1112<br>(713) 877-1112 | BENTLY PRESSURIZED BEARING COMPANY, f/k/a BENTLY NEVADA CORPORATION,<br><br><br>By its Attorneys,<br>RIEMER & BRAUNSTEIN LLP<br><br>　*/s/ Craig J. Ziady*　<br>Craig J. Ziady, BBO No. 565216<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, Massachusetts 02108<br>(617) 523-9000 |

12581.629.964176.1